# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Tori German ,

        Plaintiff(s),

vs.

USA,

        Defendant(s).

JUDGMENT IN A CIVIL CASE

3:09CV543
3:07CR246-5

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 5, 2010 Order.

Signed: January 5, 2010

Frank G. Johns, Clerk
United States District Court